MMC

USDC UT Approved 06/06/00

**FILED**
CLERK, U.S. DISTRICT COURT
OCT 00 AM 7:23
DISTRICT OF UTAH
BY: _____ DEPUTY CLERK

# United States District Court
## District of Utah

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Offenses Committed On or After November 1, 1987) |
| **Jesus Alejandro Garcia-Miranda** | Case Number: 2:99-CR-00391-001 |
| | Plaintiff Attorney: Michele A. Christiansen |
| | Defendant Attorney: Robert Breeze |
| | Atty: CJA ☒  Ret ___  FPD ___ |

Defendant's Soc. Sec. No.: **None**

Defendant's Date of Birth: **8/27/1974**

Defendant's USM No.: **07712-081**

**09/22/2000**
Date of Imposition of Sentence

Defendant's Residence Address:
Alien

Defendant's Mailing Address:
Alien

Country  Mexico

Country  Mexico

THE DEFENDANT:
☒ pleaded guilty to count(s)   **1 of the Indictment**
☐ pleaded nolo contendere to count(s)
   which was accepted by the court.
☐ was found guilty on count(s)

COP   **8/10/2000**   Verdict _____

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8 USC § 1326 | Illegal Reentry of a Deported Alien | 1 |

Entered on docket 10/5/00 by: _____ Deputy Clerk

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **54 months**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **36 months**.

☐ The defendant is placed on Probation for a period of _____ .



Defendant: Jesus Alejandro Garcia-Miranda  Page 2 of 5
Case Number: 2:99-CR-00391-001

## SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. Defendant shall not illegally reenter the U.S. In the event that the defendant should be released from confinement without being deported, he shall contact the U.S. Probation Office in the district of release within 72 hours of release. If the defendant returns to the U.S. during the period of supervision after being deported, he is instructed to contact the U.S. Probation Office in the District of Utah within 72 hours of arrival in the U.S.
2. Defendant has agreed not to contest deportation upon release to INS upon completion of incarceration.
3. Defendant to submit to substance abuse counseling as directed by the U.S. Probation Office.

COURT ORDERS that the defendant submit to one (01) drug test within 15 days of placement on supervision & at least two (02) periodic drug tests, thereafter, as directed by the probation officer, in addition to any other testing requirements ordered by the Court.

## CRIMINAL MONETARY PENALTIES

## FINE

The defendant shall pay a fine in the amount of  $ **200.00** , payable as follows:

☐ forthwith.

☒ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**payment at rate of $5.00 per month thru BOP Inmate Financial Responsibility Program**

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☒ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

  ☒ The interest requirement is waived.

  ☐ The interest requirement is modified as follows:

## RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|

Defendant: Jesus Alejandro Garcia-Miranda  Page 3 of 5
Case Number: 2:99-CR-00391-001

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| | | |

Totals: $_____  $_____

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☐ Restitution is payable as follows:
  ☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.
  ☐ other: _____

☐ The defendant having been convicted of an offense described in 18 U.S.C.§3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
  ☐ An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ **100.00**, payable as follows:
☒ forthwith.
☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

## RECOMMENDATION

☒ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:
**FCI in Pennsylvania & receive treatment for diminished capacity (assigned institution be aware & receive copies of the two evaluative reports as part of the submission of this Judgment)**

Defendant: Jesus Alejandro Garcia-Miranda  Page 4 of 5
Case Number: 2:99-CR-00391-001

## CUSTODY/SURRENDER

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district at _____ on _____ .

[ ] The defendant shall report to the institution designated by the Bureau of Prisons by _____ Institution's local time, on _____ .

DATE: October 2, 2000

J. Thomas Greene
United States District Judge

Defendant:    Jesus Alejandro Garcia-Miranda                                      Page 5 of 5
Case Number:  2:99-CR-00391-001

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                         _____
                                                               UNITED STATES MARSHAL

                                       By _____
                                                               Deputy U.S. Marshal

```
                                                         alf
                   United States District Court
                             for the
                         District of Utah
                         October 5, 2000


             * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:99-cr-00391



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


      US Probation
      DISTRICT OF UTAH
      ,
      JFAX 9,5261136

      USMS
      DISTRICT OF UTAH
      ,
      JFAX 9,5244048

      Robert Breeze, Esq.
      213 E BROADWAY
      SALT LAKE CITY, UT   84111
      JFAX 9,3282554

      Michele M. Christiansen, Esq.
      US ATTORNEY'S OFFICE
      ,
      JFAX 9,5245985
```